ORIGINAL

RECEIVED
2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

See attached list

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Steven J. Rosenbaum

Firm Name: Covington & Burling

Post Office Box: P.O. Box 7566

04-1822C

Street Address: 1201 Pennsylvania Avenue, NW

City-State-Zip: Washington, DC 20004

Telephone & Facsimile Numbers: 202-662-5568; 202-778-5568

E-mail address: srosenbaum@cov.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: V A R

See attached Sheet for three digit code.

Amount Claimed: $ To be determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003

# LIST OF THE PLAINTIFFS

1. ANADARKO E&P COMPANY LP
2. DEVON ENERGY PRODUCTION COMPANY, L.P.