ORIGINAL

ECF

IN THE
UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 27 2004
U.S. COURT OF
FEDERAL CLAIMS

ANADARKO E&P COMPANY LP, and DEVON ENERGY PRODUCTION COMPANY, L.P.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 04-1822C
(Judge _______)

**NOTICE OF DIRECTLY-RELATED CASE**

Pursuant to RCFC 40.2, Plaintiffs Anadarko E&P Company LP ("Anadarko") and Devon Energy Production Company, L.P. ("Devon") hereby file this Notice of Directly-Related Case, simultaneously with their complaint. This case is directly related to *Amber Resources Co., et al. v. United States*, No. 2-30 (Senior Judge Bruggink) ("*Amber Resources*"), now pending in this Court because both cases "involve the same contract [and] property." RCFC 40.2(a)(1)(B).

The *Amber Resources* lawsuit was brought by nine lessees holding interests in forty Outer Continental Shelf ("OCS") oil and gas leases issued by the United States. These forty leases are located in the California Offshore Santa Maria Basin off the coast of Santa Barbara and San Luis Obispo counties, and in the Santa Barbara Channel off Santa Barbara and

Ventura counties. The instant lawsuit is brought by two additional lessees, which own interests in eleven of those forty leases.[1]

The language of all forty leases is substantially identical and governs the parties' rights and obligations regarding the exploration and development of the offshore tracts. Accordingly, the complaint in this case, which is signed by the same counsel that represent the plaintiffs in *Amber Resources*, is identical in all material respects to the amended complaint in *Amber Resources*, except that reference is made in Anadarko/Devon complaint to these two companies' holdings in the leases.[2]

The issue in both cases is also the same: Did the United States repudiate its contractual obligations under the oil and gas leases by "deviat[ing] significantly" from the "procedures and standards" in effect when the leases were issued, in a manner that has resulted in a "substantial" delay in or interference with the lessees' exploration and development of the leases. (*See Amber Resources*, Am. Cplt. ¶ 1.)

RCFC 40.2(a)(4) provides that Plaintiffs should indicate in this Notice whether consolidation with the *Amber Resources* lawsuit is "likely to conserve judicial resources and promote an efficient determination of the actions." Because the issues in this case and *Amber Resources* involve the same claims, the same contracts and the same property, consolidation is

---

[1] The OCS oil and gas leases at issue here are OCS-P 396, OCS-P 397, OCS-P 402, OCS-P 403, OCS-P 408, OCS-P 414, OCS-P 427, OCS-P 432, OCS-P 460, OCS-P 462, and OCS-P 464, all of which are also at issue in *Amber Resources*.

[2] Plaintiffs Anadarko and Devon filed the instant complaint after their May 14, 2002 unopposed motion to intervene as plaintiffs in *Amber Resources* was denied, without explanation, more than two and one-half years later on December 6, 2004. Anadarko filed that motion under its prior name, RME Petroleum Company.

clearly required to conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

E. Edward Bruce
Steven J. Rosenbaum
*(Attorney of Record)*
Jeremy D. Kernodle
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568

Attorneys for Anadarko E&P Company LP and
Devon Energy Production Company, L.P.

Dated: December 27, 2004