IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ANADARKO E&P COMPANY LP, and DEVON ENERGY PRODUCTION COMPANY, L.P., Plaintiffs, | |
| v. | No. 04-1822C (Senior Judge Bruggink) |
| THE UNITED STATES, Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of PATRICIA M. MCCARTHY as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

PATRICIA M. MCCARTHY
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: January 4, 2005

s/ Patricia M. McCarthy

______________________________

PATRICIA M. MCCARTHY
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-6288
Facsimile: (202) 514-8640