# In the United States Court of Federal Claims

No. 04-1822C
(Filed: January 7, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
ANARDARKO E & P COMPANY L.P.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A procedural telephone conference will be held Tuesday, January 11, 2005, at 11:00 a.m. eastern. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge